Manatt, Phelps & Phillips, LLP
SUSAN PAGE WHITE (State Bar No. 137125)
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
Email: SPWhite@Manatt.com

Attorneys for Plaintiff
Bobrick Washroom Equipment, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

| | |
|---|---|
| BOBRICK WASHROOM EQUIPMENT, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　　Defendant. | No.<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF BOBRICK WASHROOM EQUIPMENT, INC.** |

TO THE COURT AND ALL PARTIES:

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Bobrick Washroom Equipment, Inc. ("Bobrick") hereby discloses as follows:

\

1  Bobrick is a wholly-owned subsidiary of The Bobrick Corporation and that
2  no publicly traded company owns 10% or more of Bobrick.

Dated: February 19, 2016          Manatt, Phelps & Phillips, LLP


By:  /s/ Susan Page White
     Susan Page White
     Attorneys for Plaintiff
     BOBRICK WASHROOM EQUIPMENT, INC.

316280870.1