JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBRICK WASHROOM EQUIPMENT, INC. a California corporation,<br><br>　　　　Plaintiff,<br>　　v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　Defendant. | CASE NO.: 2:16-CV-1163-PA-AS<br>Hon. Percy Anderson<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [69]**<br><br>**Complaint Filed:** February 19, 2016<br>**Discovery Cutoff:** December 12, 2016<br>**Pretrial Conf.:** January 20, 2017<br>**Trial Date:** April 11, 2017 |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>　　　　Counter-claimant,<br>　　v.<br><br>BOBRICK WASHROOM EQUIPMENT, INC. a California corporation,<br><br>　　　　Counter-defendant. | |

1  Based upon the stipulation of the parties, it is hereby ordered that all claims in
2  the complaint by plaintiff and counter-defendant Bobrick Washroom Equipment, Inc.
3  and those in the counter-claim by defendant and counter-claimant Travelers Property
4  Casualty Company of America are hereby dismissed with prejudice. The parties shall
5  bear their own fees and costs.
6  IT IS SO ORDERED.
7  DATED: February 9, 2017

_____
Percy Anderson
United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE